# Morgan Lewis

**Douglas T. Schwarz**
Partner
+1.212.309.6890
Douglas.schwarz@morganlewis.com

November 4, 2019

**Via ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**Re:   Dennis v. Eagle Creek, Inc., No. 1:19-cv-06674-ALC
            Request for a 30-Day Order**

Dear Judge Carter:

We represent defendant Eagle Creek, Inc. ("Defendant") in the above-referenced action. Pursuant to Rule 1(A) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Derrick U. Dennis ("Plaintiff"), to inform the Court that the parties have reached an agreement in principle to resolve this matter.  Accordingly, the parties respectfully request that the Court stay all deadlines for 30 days to permit the parties to finalize the terms of their agreement.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Douglas T. Schwarz*

Douglas T. Schwarz

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060
United States

+1.212.309.6000
+1.212.309.6001