# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-03-19

**Michael F. Fleming**
Associate
+1.212.309.6208
michael.fleming@morganlewis.com

December 2, 2019

<u>**Via ECF**</u>
The Honorable Andrew L. Carter
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:  **Dennis v. Eagle Creek, Inc., No. 1:19-cv-06674-ALC**
     <u>**Request to Extend Time to Finalize Agreement**</u>

Dear Judge Carter:

We represent defendant Eagle Creek, Inc. ("Defendant") in the above-referenced action. Pursuant to Rule 1(A) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Derrick U. Dennis ("Plaintiff"), respectfully to request that the Court extend the stay of all deadlines for an additional 30 days, from December 4, 2019 to January 3, 2020, to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court.  This is Defendant's first request to extend time to file the stipulation of dismissal.  If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
12-03-19

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

+1.212.309.6000
+1.212.309.6001